UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 2:22-cr-00252 |
| VS. | * | JUDGE JAMES D. CAIN, JR. |
| BRANDON ALFRED | * | MAGISTRATE JUDGE LEBLANC |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 49] of the Magistrate Judge, recommending that the defendant's Motion to Suppress [doc. 30] be denied. The court has conducted an independent review of the record, considered the objections, and finds that the Report and Recommendation is correct under applicable law. Accordingly,

**IT IS ORDERED** that the Report and Recommendation [doc. 49] be **ADOPTED** and that the Motion to Suppress be **DENIED**.

**THUS DONE AND SIGNED** in Chambers on this 23rd day of January, 2024.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**